Form 27 - GENERAL PURPOSE
      **JON L. NORINSBERG**
      ATTN:
U.S.SOUTHERN DIST. COURT    NEW YORK COUNTY
------------------------------------------------------

| | |
|---|---|
| ALFREDO MCCRAE            plaintiff | Index No. **08 CV 6531** |
| - against - | Date Filed ............ |
| THE CITY OF NEW YORK, ETAL    defendant | Office No.<br>Court Date: / / |

------------------------------------------------------
    STATE OF NEW YORK, COUNTY OF NEW YORK      :SS:

**JOEL GOLUB**    being duly sworn, deposes and says:
I am over 18 years of age, not a party to this action, and reside in the State of New York.
    That on the  **24th day of July, 2008**  at  **03:17 PM.**,           at
    **100 CHURCH ST, 4TH FL.**
    **NEW YORK, NY 10007**
I served a true copy of the
    **SUMMONS AND COMPLAINT**
    **CIVIL COVER SHEET**
    **JUDGES RULES**

upon **THE CITY OF NEW YORK**
the **DEFENDANT** therein named,
by delivering to, and leaving personally with
    **AMANDA GONZALES---LEGAL CLERK AUTHORIZED TO ACCEPT**

a true copy of each thereof.

    Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the aforesaid service as follows:
    SEX: **FEMALE**    COLOR: **BROWN**    HAIR: **BROWN**
    APP. AGE: **30**    APP. HT: **5:4**    APP. WT: **120**

OTHER IDENTIFYING FEATURES:


Sworn to before me this
25th day of July, 2008i

KENNETH WISSNER
Notary Public State of New York
    No.01WI4714130
Qualified in NEW YORK COUNTY
Commission Expires 03/30/2010

JOEL GOLUB  701893
AETNA CENTRAL JUDICIAL SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 3JLN140774