```
Form 02 - SUITABLE AGE              AETNA  CENTRAL  JUDICIAL  SERVICES
         JON L. NORINSBERG
         ATTN:
U.S. DIST. COURT        SOUTHERN/NY  COUNTY
------------------------------------------------
```

ALFREDO MCCRAE                          plaintiff

       - against -

THE CITY OF NEW YORK, ETAL              defendant

Index No. **08 CV 6531**

Date Filed ............

Office No.

Court Date:    /  /

------------------------------------------------

STATE OF NEW YORK, COUNTY OF NEW YORK          :SS:

**JULIUS THOMPSON**    being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **28th** day of **July, 2008   10:35 AM**          at
    **%28TH PRECINCT, 2271 8TH AVE**
    **NEW YORK, NY**
I served the   **SUMMONS AND COMPLAINT**
       **CIVIL COVER SHEET**
       **JUDGES RULES**
upon **P.O.NEIL LAWSON, SHIELD NO.11184**
the **DEFENDANT**   therein named by delivering and leaving a true copy or copies of the aforementioned documents with
   **OFFICER GARCIA, CO-WORKER WHO REFUSED TRUE FIRST NAME**
a person of suitable age and discretion.
   Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:
SEX: **FEMALE**   COLOR: **TAN**      HAIR: **BROWN**      AGE: **43**   HEIGHT: **5:4**     WEIGHT: **130**
OTHER IDENTIFYING FEATURES:
On **07/29/2008** I deposited in the United States mail a true copy of the aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to the said **DEFENDANT** at the above address. That address being
**actual place of employment of the DEFENDANT.**
Copy mailed 1st class mail marked personal & confidential not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns action against the person to be served.

That at the time of service as aforesaid, I asked person spoken to whether **DEFENDANT** was in the military service of the State of New York or United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid I aver that the **DEFENDANT** is not in the military service, and is not dependent on anyone in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to before me this
29th  day of  July,       2008k

KENNETH WISSNER
Notary Public State of New York
   No.01WI4714130
Qualified in NEW YORK COUNTY
Commission Expires 03/30/2010

.................................
JULIUS THOMPSON  822528
AETNA   CENTRAL   JUDICIAL   SERVICES
225 BROADWAY  SUITE 1802
NEW YORK, NY, 10007
Reference No: 3JLN140777