UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

ALFREDO MCCRAE,

                            Plaintiff,    **NOTICE OF APPEARANCE**

        -against-

CITY OF NEW YORK et al,                    **08-CV-6531 (VM)**

                      Defendants.

                                **FILED BY ECF**

------------------------------------------------------------------------ x

      **PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for the City of New York and requests that all future papers in this action be served upon the undersigned at the address stated below.

Dated:  New York, New York
           August 7, 2008

                              MICHAEL A. CARDOZO
                              Corporation Counsel of
                              the City of New York
                              100 Church Street
                              New York, New York 10007
                              (212) 788-0987
                              Fax: (212) 788-9776

                              By:
                              _____/S/_____
                              Brian G. Maxey
                              Assistant Corporation Counsel